NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ANITA HYMAN and JAY HYMAN, | : | |
| | : | |
| Plaintiffs, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 10-6237 (WHW) |
| | : | |
| WEST COAST HOLDINGS GROUP, INC., STEVEN DEAN KENNEDY (a/k/a STEPHEN DEAN KENNEDY), and J. MAC RUST, | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is on this 20th day of April 2012,

**ORDERED** that Defendant Rust's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Lack of Proper Venue, and alternate Motion to Transfer Venue are **DENIED**.

                                                                      **s/ William H. Walls**
                                                              United States Senior District Judge