UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
ANITA HYMAN and JAY HYMAN,

                              Plaintiffs,        Civil Action No. 10-CV-6237-WHW-CCC

    -against-

WEST COAST HOLDINGS GROUP, INC.,
STEVEN DEAN KENNEDY (a/k/a STEPHEN
DEAN KENNEDY), and J. MacRUST,

                              Defendants.
-----------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Burton I. Dorfman, having represented that he is a member in good standing of the bar of the State of New York and having requested admission *pro hac vice* to represent Plaintiffs, Anita Hyman and Jay Hyman, in the above-captioned case, it is hereby

ORDERED that Burton I. Dorfman is admitted *pro hac vice* in the above-captioned case in the United States District Court for the District of New Jersey subject to paying of the filing fee.

Dated: Newark, New Jersey
         October ___, 2012

                                                                  _____
                                                                 HONORABLE MADELINE COX ARLEO
                                                                 United States Magistrate Judge