# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
1 WEST MAIN STREET
ONE HARRIMAN
GOSHEN, NEW YORK 10924
(845) 294-8950
(866) 857-1340 (FAX)
(845) 313-6068 (CELL)
JHASPEL@HASPELLAW.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

November 21, 2012

*Via: Facsimile*
*973-297-4906*

Hon. Madeline Cox Arleo,
United States Magistrate Judge
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

    Re:   Anita Hyman, et al. v. West Coast Holdings Group, Inc., et al.
             Civil Action No. 10-cv-6237(WHW)

Dear Hon. Magistrate Arleo:

    Please be advised that Defendant Mac Rust has stipulated to withdrawn his answer in connection with the above-referenced matter as part of a settlement. Consistent therewith, Plaintiff is preparing papers to enter a default judgment. Based upon these facts, we are looking for direction as to whether we need to move for a default judgment or whether we can simply submit a proposed judgment on notice.

    This matter is on for Monday, November 26th at 11:00 am. Burt Dorman contacted Susan Miller who indicated that we should write to your honor and call on Monday at 9:30 am.

Respectfully,

Joseph J. Haspel

JJH/lks

cc:   Robert F. Schillberg, Jr., Esq.
       via: facsimile 732-758-6260