**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Anita HYMAN and Jay HYMAN, | : | |
| | : | |
| Plaintiffs, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 10-6237 (WHW) |
| | : | |
| WEST COAST HOLDINGS GROUP, INC., STEVEN D. KENNEDY, and J. MAC RUST, | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

It is, on this 11th day of July, 2013:

ORDERED that Plaintiffs' motion for default judgment is hereby DENIED.

**s/ William H. Walls**

United States Senior District Judge